UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK L. MITCHELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JERRY BROWN, GOVERNOR OF CALIFORNIA, et al.,<br><br>　　　　Defendants. | No.  2:14-cv-2993 MCE AC (PS)<br><br><br>ORDER |

　　Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

　　On June 30, 2015, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days.  Neither party has filed objections to the findings and recommendations.

　　The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, it is hereby ordered that:

　　1. The findings and recommendations filed June 30, 2015 (ECF No. 19) are ADOPTED IN FULL;

2.  Governor Jerry Brown's Motion to Dismiss (ECF No. 9) is GRANTED, but only to the extent that the Governor enjoys sovereign immunity from this suit; and

3.  Plaintiff is granted 30 days from the date of this order to amend his Complaint by deleting the Governor as a defendant and substituting a proper defendant.

IT IS SO ORDERED.

Dated:  August 12, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT