UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK L. MITCHELL, | No. 2:14-cv-2993 MCE AC (PS) |
| Plaintiff, | |
| v. | ORDER |
| KAMALA D. HARRIS, ATTORNEY GENERAL OF CALIFORNIA; and JAMES C. SANCHEZ, CITY ATTORNEY OF SACRAMENTO, | |
| Defendants. | |

    Plaintiff is proceeding in this action pro se and in forma pauperis. This proceeding was referred to this court by Local Rule 302(c)(21). On February 3, 2015, the court permitted the Section 1983 claim of plaintiff's original complaint against the Governor to proceed. ECF No. 3. Plaintiff alleged that California's version of Megan's Law, as amended in 2004, Cal. Penal Code § 290.46, violates his rights under the Ex Post Fact Clause of the U.S. Constitution.

    The Governor moved to dismiss the action on various grounds. ECF No. 9. The court dismissed the complaint against the Governor on sovereign immunity grounds, and granted plaintiff leave to amend to substitute a proper defendant. ECF No. 23 (adopting Findings and Recommendations). Plaintiff timely amended the complaint, removing the Governor, and adding "Kamala D. Harris, Attorney General of California," and "James C. Sanchez, City Attorney of

1

1  Sacramento," as defendants.[1]  The complaint again contains many pages of unnecessary legal
2  citations, and adds an exhibit, but it does contain the basic factual allegations that, for screening
3  purposes, may be sufficient to state a claim against the defendants.  See First Amended Complaint
4  (ECF No. 24) at pp. 10-31 (ECF pagination); Findings & Recommendations (ECF No. 3)
5  at 2:3-22.

    Accordingly, IT IS HEREBY ORDERED that:

    1.  Within thirty days, plaintiff must return materials for service of process enclosed herewith, as described below.

    2.  Service is appropriate for the following defendants: Kamala D. Harris, Attorney General of California; and James C. Sanchez, City Attorney of Sacramento.

    3.  The Clerk of the Court is directed to issue forthwith, and the U.S. Marshal is directed to serve within ninety days of the date of this order, all process pursuant to Federal Rule of Civil Procedure 4, without prepayment of costs.

    4.  The Clerk of the Court shall send plaintiff one USM-285 form for each defendant, one summons, a copy of the complaint, and an appropriate form for consent to trial by a magistrate judge.

    5.  Plaintiff is directed to supply the U.S. Marshal, within 15 days from the date this order is filed, all information needed by the Marshal to effect service of process, <u>and shall file a statement with the court that said documents have been submitted to the United States Marshal</u>. The court anticipates that, to effect service, the U.S. Marshal will require at least:

        a.  One completed summons for each defendant;

        b.  One completed USM-285 form for each defendant;

        c.  One copy of the endorsed filed complaint for each defendant, with an extra copy for the U.S. Marshal; and

        d.  One copy of the instant order for each defendant.

    6.  In the event the U.S. Marshal is unable, for any reason whatsoever, to effectuate

---

[1] The new caption reflects this substitution.

2

1 service on any defendant within 90 days from the date of this order, the Marshal is directed to
2 report that fact, and the reasons for it, to the undersigned.
3       7.  The Clerk of the Court is directed to serve a copy of this order on the U.S. Marshal,
4 501 "I" Street, Sacramento, Ca., 95814, Tel. No. (916) 930-2030.
5       8.  Failure to comply with this order may result in a recommendation that this action be
6 dismissed.
7 DATED: October 26, 2015

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE