UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK L. MITCHELL,<br><br>Plaintiff,<br><br>v.<br><br>KAMALA D. HARRIS, ATTORNEY GENERAL OF CALIFORNIA; and JAMES C. SANCHEZ, CITY ATTORNEY OF SACRAMENTO,<br><br>Defendants. | No.  2:14-cv-2993 MCE AC (PS)<br><br><br><br>ORDER |

Plaintiff is proceeding in this action pro se and in forma pauperis.  This proceeding was referred to this court by Local Rule 302(c)(21).  This action is proceeding on plaintiff's First Amended Complaint ("Complaint") (ECF No. 24).

On January 11, 2016, defendants moved to dismiss, and noticed the hearing for February 10, 2016.  ECF No. 31.  Plaintiff has not timely responded to defendants' motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is Ordered To Show Cause, in writing, no later than February 10, 2016 at 3:30 p.m., why this action should not be dismissed for failure to prosecute.

////

////

////

1

    2. The February 10, 2016 hearing on defendants' Motion To Dismiss is VACATED.

DATED: January 29, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE