1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT

9        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RODERICK L. MITCHELL,                    No.  2:14-cv-2993 MCE AC (PS)

12              Plaintiff,

13        v.                                   ORDER

14   KAMALA D. HARRIS, ATTORNEY
     GENERAL OF CALIFORNIA; and
15   JAMES C. SANCHEZ, CITY
     ATTORNEY OF SACRAMENTO,
16
              Defendants.
17

18        Plaintiff is proceeding in this action pro se and in forma pauperis.  This proceeding was

19   referred to this court by Local Rule 302(c)(21).  This action is proceeding on plaintiff's First

20   Amended Complaint ("Complaint") (ECF No. 24).

21        On January 29, 2016, the court order plaintiff to show cause why his complaint should not

22   be dismissed, in light of his failure to respond to defendants' motion to dismiss.  ECF No. 33.

23   Plaintiff has now filed his Opposition to the motion to dismiss.  ECF No. 34.

24        Accordingly, IT IS HEREBY ORDERED that:

25        1.  The Order To Show Cause (ECF No. 33) is DISCHARGED.

26        2.  Defendants' Reply, if any, shall be filed no later than February 17, 2016 at 4:30 p.m.

27   ////

28   ////

                                    1

1    3.  Defendants' Motion To Dismiss shall be heard before the undersigned on February 24,

2    2016 at 10:00 a.m.

3    DATED: February 9, 2016

4

ALLISON CLAIRE
5    UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2