UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK L. MITCHELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KAMALA D. HARRIS, Attorney General Of California; and JAMES C. SANCHEZ, City Attorney Of Sacramento,<br><br>　　　　　Defendants. | No.  2:14-cv-2993 MCE AC<br><br><br>ORDER |

　　　　Plaintiff is proceeding in this action in pro per.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

　　　　On November 14, 2016, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days.  ECF No. 47.  Plaintiff filed objections to the findings and recommendations on December 5, 2016.  ECF No. 48.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 14, 2016 (ECF No. 47), are adopted in full; and

2. Plaintiff Motion for Reconsideration is DENIED.

IT IS SO ORDERED.

Dated: January 5, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE